## WILLIAMS V. WELLES.

Many matters which would be proper in a petition for a new trial, the court will not go into upon a remonstrance against a return of auditors.

RETURN of auditors, against which a remonstrance was made; stating sundry mistaken allowances in said return, which at the hearing the defendant was unable to correct; but is now abundantly able to do, etc. etc.

By the COURT. Such an inquiry might be proper in a petition for a new trial; but would be improper to go into upon the remonstrance.